UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-22690-CIV-ALTONAGA/O'Sullivan

**SUPERHUMAN
INTERNATIONAL PTY LTD.**,

    Plaintiff,
vs.

**BENJAMIN FORREST
MCCONLEY**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court on the Plaintiff and Defendants' ("parties") Joint Motion to Approve Settlement Agreement . . . ("Motion") [ECF No. 28], filed September 11, 2015.  The parties request the Court enter an Order approving the Settlement Agreement entered into by the parties, dismiss the case with prejudice, and retain jurisdiction to enforce the Settlement Agreement.  (*See id.* 1).  Being fully advised, it is

**ORDERED AND ADJUDGED** that the parties' Motion **[ECF No. 28]** is **GRANTED in part**.  This case is dismissed with prejudice.  The Court will not approve, or retain jurisdiction to enforce, a settlement agreement it has not been given.  The Clerk is directed to **CLOSE** the case, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 14th day of September, 2015.

*[signature: Cecilia M. Altonaga]*

**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:  counsel of record