UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22690-CIV-ALTONAGA/O'Sullivan

SUPERHUMAN
INTERNATIONAL PTY, LTD.,

      Plaintiff,
v.

BENJAMIN FORREST
MCCONLEY, *et al.*,

      Defendants.
_____/

## AMENDED FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Court's Order [ECF No. 42], entered separately on this date, granting Plaintiff, Superhuman International Pty, Ltd.'s Motion to Correct, Alter or Amend Final Judgment . . . [ECF No. 41], it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff, Superhuman International Pty, Ltd. whose address is Unit 406, 1A Tusculum Street, Potts Point NSW 2011, Australia, c/o COHEN | RUIZ P.A., 201 S. Biscayne Blvd., Ste. 850, Miami, Florida 33131, shall recover from the Defendants, Benjamin Forrest McConley, Aaron McConley, Jason Van Eman, Forrest Capital Partners, Inc., and Weather Vane Productions, Inc., jointly and severally, the full sum of USD $1,678,094.13, consisting of $1,673,094.13 in remaining funds due pursuant to the Settlement Agreement [ECF No. 37-1] and $5,000 in attorney's fees, for which let execution issue.

2. This judgment shall bear interest at the rate prescribed by 28 U.S.C. section 1961, and shall be enforceable as prescribed by Rule 69(a) of the Federal Rules of Civil Procedure.

CASE NO. 15-22690-CIV-ALTONAGA/O'Sullivan

3. The Court retains jurisdiction over this cause and over the parties for the purpose of entering all further post-judgment orders that are just and proper.

**DONE AND ORDERED** in Miami, Florida, this 7th day of October, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record